IC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Owens, Craig, L

                                                    ,

**Plaintiff(s),**

vs.

Cozzens, Mary

                                                    ,

**Defendant(s).**

RECEIVED

JAN 08 2026

THOMAS G. BRUTON   GMC
CLERK, U.S. DISTRICT COURT

Case No.

1:26-cv-00206
Judge Charles P. Kocoras
Magistrate Judge Laura K. McNally
RANDOM / Cat. 2

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.      This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.      The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.      Plaintiff's full name is   Owens, Craig, Lavel                    .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _Cozzens, Mary_ , is
    (name, badge number if known)

    ☑ an officer or official employed by _U I health_ ;
    (department or agency of government)

    _____or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official
    acted is _University of Illinois Hospital & Health Sciences System_ . As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _9-26-25_ , at approximately _1:00_ ☐ a.m. ☑ p.m.
    (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of _Chicago_

    _____ , in the County of _Cook_ ,

    State of Illinois, at _1740 W Taylor St Chicago, IL 60612_ ,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐   searched plaintiff or his property without a warrant and without reasonable cause;
    ☐   used excessive force upon plaintiff;
    ☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☐   failed to provide plaintiff with needed medical care;
    ☐   conspired together to violate one or more of plaintiff's civil rights;
    ☑   Other:
        _Falsified and failed to transmit required court paper work resulting in unlawful continued dentention and deprivation of liberty without due process._

2

_____.

7.   Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*):_____

_____

_____

_____.

8.   Plaintiff was charged with one or more crimes, specifically:

Plaintiff, Owens, Craig, L was arrested and had A
warrant issued due to A missed court date (FTA)
No conviction for A substantive offense occurred.

_____

_____

9.   (*Place an X in the box that applies. If none applies, you may describe the criminal
proceedings under "Other"*)   The criminal proceedings

☑/are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On (9-24-25) (Defendant) Cozzens, Mary Stated She faxed A verification letter to Macon county Circuit court, while giving me the documentation letter stating She faxed it over. (Defendant) Cozzens, Mary acting under color of state law, Knowing and intentionally, reckless, and maliciously had disregard for Plaintiff, Owens, Craig, L Liberty interests.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff, Owens, Craig, L was arrested twice
Plaintiff, Owens, Craig, L was deprived of due process
Plaintiff, Owens, Craig, L Suffered emotional distress, fear, and anxiety as a result of defendant Cozzens, Mary Actions

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☑ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.      ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Owens, Craig, L

Plaintiff's mailing address: 1500 E locust St

City Decatur            State IL        ZIP 62521

Plaintiff's telephone number: (872) 320 7391.

Plaintiff's email address *(if you prefer to be contacted by email)*: craigisblue@gmail.com

15.     Plaintiff has previously filed a case in this district.  ☐ Yes  ☑ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*